No. 98–7101. IN RE RUIZ;

No. 98–7161. IN RE LEWIS;

No. 98–7208. IN RE BONNER;

No. 98–7233. IN RE LITTLE; and

No. 98–7256. IN RE RICE. Petitions for writs of mandamus denied.